UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEYDEE DE LEON,

    Plaintiff,

-vs-                Case No. 6:09-cv-1251-Orl-28KRS

BANK OF AMERICA, N.A. (USA), a/k/a
FIA CARD SERVICES, N.A.,

    Defendant.
_____

JENNIFER MENDOZA,

    Plaintiff,

-vs-                Case No. 6:09-cv-1295-Orl-31KRS

BANK OF AMERICA, N.A. (USA), a/k/a FIA
CARD SERVICES, N.A.,

    Defendant.
_____

## ORDER

This cause is before the Court on the Stipulation and Proposed Order to Consolidate Actions (Doc. 13 in 6:09-cv-1251 and Doc. 8 in 6:09-cv-1295). It appearing these cases have common questions of law and fact, is hereby **ORDERED** that these actions be consolidated. Fed. R. Civ. P. 42. Case No. 6:09-cv-1295-Orl-GAP/KRS[1] shall be

---

[1] With permission from Judge Presnell, the assigned District Judge on 6:09-cv-1295.

consolidated into Case No. 6:09-cv-1251-Orl-JA/KRS and all future pleadings, motions and other papers for both causes of action will be filed in 6:09-cv-1251-Orl-JA/KRS. Motions currently pending in 6:09-cv-1295 shall be docketed in 6:09-cv-1251.

After consolidation, the Clerk is directed to close Case No. 6:09-cv-1295-Orl-GAP/KRS.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party