UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEYDEE DE LEON,

        Plaintiff,

v.                                      Case No: 6:09-cv-1251-Orl-28KRS

BANK OF AMERICA, N.A. (USA),

        Defendant.

## ORDER

This case is before the Court on the Plaintiffs' Amended Motion for Preliminary Approval of Amended Settlement Agreement and for Certification of the Settlement Class. (Doc. 96). The United States Magistrate Judge has submitted a Report recommending that the motion be denied. (Report and Recommendation, Doc. 105).

Plaintiffs argue in their Objections and Response to Report and Recommendation (Doc. 108) and at an August 21, 2013 hearing that the remaining problems identified in the Report and Recommendation can be promptly corrected and that the settlement is fair to the class members. The parties have agreed that remaining issues involving notice to class members, the scope of the settlement class, and release provisions will be adequately addressed if they are given an opportunity to file a Second Amended Motion for Preliminary Approval of Amended Settlement Agreement and for Certification of the Settlement Class. Plaintiffs agree that Attorney Yanchunis will be appointed as Class Counsel and will personally sign all pleadings and personally appear at all hearings.

Thus, after an independent *de novo* review of the record in this matter and consideration of Plaintiffs' Objections to the Report, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 105) is **ADOPTED IN PART**. Plaintiffs' Amended Motion for Preliminary Approval of Amended Settlement Agreement and for Certification of the Settlement Class (Doc. 96) is **DENIED**, but the parties are granted leave to file a Second Amended Motion for Preliminary Approval of Amended Settlement Agreement and for Certification of the Settlement Class correcting the problems in the Amended Settlement Agreement identified by the Magistrate Judge in the Report and Recommendation on or before September 7, 2013.

2. Attorney John Yanchunis will sign all future pleadings and appear on behalf of Plaintiffs at all future proceedings.

3. Plaintiffs' Objections and Response to Report and Recommendation (Doc. 108) is moot and therefore overruled.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record